DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERTO RODRIGUES,**
Appellant,

v.

**NAEIF RAYDAN,** Individually**, JUDY WADE,** Individually**,
SHARON W. FAASSEN,** Individually**,** and
**ROLAND W. FAASSEN,** Individually,
Appellees.

No. 4D18-2934

[October 24, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE-15-009874(09).

Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, and Cam F. Justice and Adam D. Breit of Justice Law, Plantation, for appellant.

Alexandra Valdes and Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, for appellees Sharon W. Faassen and Roland W. Faassen.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***